# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3796

_____

Loyd Brewer,                              *
                                          *
                Appellant,                *
                                          *
Alan Brewer,                              *
                                          *
                Intervenor-Appellant,     *
                                          *
        v.                                *
                                          *
Travis O. Lee, Husband; Kathleen D.       *
Lee, Wife; The Farm Service Agency,       *
by its director, Michael Dunaway,         *
                                          *
                Appellees.                *


_____

No. 00-1678

_____

Loyd Brewer,                              *
                                          *
                Plaintiff,                *
                                          *
Alan Brewer,                              *         [UNPUBLISHED]
                                          *
                Intervenor-Appellant,     *
                                          *
        v.                                *
                                          *

Appeals from the United States
District Court for the
Eastern District of Arkansas.

Travis O. Lee, Husband; Kathleen D.        *
Lee, Wife; Farm Service Agency;        *
Michael Dunaway, Director,         *
                                 *
        Appellees.         *

_____

Submitted: February 2, 2001
Filed:   March 28, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

In case 99-3796, Loyd Brewer appeals the district court's[1] order granting defendants' motion to dismiss his quiet-title action.  Because most of his claims were identical to those previously resolved in bankruptcy court and affirmed on appeal, or arose from the same nucleus of operative facts, we agree with the district court that res judicata barred all but one claim in the instant action.  See Costner v. URS Consultants, Inc., 153 F.3d 667, 673 (8th Cir. 1998) (elements of res judicata).  We also agree with the court's conclusion that Brewer's remaining claim, adverse possession, failed as a matter of law.  See United States v. California, 332 U.S. 19, 39-40 (1947) (rejecting argument that adverse possession applied against federal government).  Accordingly, we affirm the judgment of the district court.

In case 00-1678, Alan Brewer appeals the district court's order granting defendants' motion to dismiss his complaint in intervention in his father's quiet-title

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

-2-

action.  Having carefully reviewed the record and the parties' submissions on appeal, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.